# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**SHENZHEN GOLDELY GARMENTS IMPORT AND EXPORT INC., ET AL.,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**POINT COLLECTION LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:25–CV–06313–MAS–RLS**

TO: *(Name and address of Defendant):*

Gallery Collection LLC
12 America Avenue, Lakewood, NJ 08701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff´s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



**ISSUED ON 2025–05–30 16:50:14**, Clerk USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-06313-MAS-RLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>The Gallery Collection</u> was received by me on *(date)* <u>         </u>.

☐ I personally served the summons on the individual at *(place)* <u>      </u> on *(date)* <u>      </u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* <u>      </u> , a person of suitable age and discretion who resides there, on *(date)* <u>      </u> , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>NECHOMA ABRANOWITZ</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>The Gallery Collection</u> on *(date)* <u>Thu, Jun 12 2025</u> ; or

☐ I returned the summons unexecuted because: <u>      </u> ; or

☐ Other: <u>      </u> ; or

My fees are $ <u>      </u> for travel and $ <u>      </u> for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 06/12/2025

*Server's signature*

Christopher DiNicola

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 12, 2025, 2:24 pm EDT at 12 America Avenue, Lakewood, NJ 08701 received by NECHOMA ABRANOWITZ. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'9"; Hair: Brown; Relationship: Assistant Manager ;

Documents Served: Summons, Civil Cover Sheet, Corporate Disclosure Statement, Declaration of Ren Jianping, Exhibit 1, Exhibit 2, Memorandum of Law in Support of Motion to Confirm Foreign Arbitral Award and Entry of Judgment, Notice of Motion to Confirm Arbitration Award and for Entry of Judgment, Order of Judgment, Petition to Confirm Foreign Arbitral Award