# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**SHENZHEN GOLDELY GARMENTS IMPORT AND EXPORT INC., ET AL.,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**POINT COLLECTION LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:25–CV–06313–MAS–RLS**

TO: *(Name and address of Defendant):*

Point Collection LLC
7 Sherwood Drive,
Lakewood, New Jersey, 08701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



**ISSUED ON 2025–05–30 16:50:14**, Clerk
USDC NJD

SHENZHEN GOLDELY GARMENTS
IMPORT AND EXPORT INC.,
*Petitioner*,
v.
POINT COLLECTION LLC AND THE
GALLERY COLLECTION LLC,
*Respondent.*
Case 3:25-cv-06313-MAS-RLS

# AFFIDAVIT OF SERVICE

I, the undersigned, being duly sworn, hereby affirm that:

1. My name is Peter Cerruto;

2. I reside at 3276 Oceanic Dr. Toms River, New Jersey 08753;

3. I am not a party to this action;

4. I am over 18 years of age;

5. I am not related to the parties in this action by way of blood, adoption, marriage, or employment.

6. On June 4, 2025, I served Civil Cover Sheet, Corporate Disclosure Statement, Declaration of Ren JianPing, Exhibit 1, Exhibit 2, Memorandum of Law in Support of Motion to Confirm Foreign Arbitral Award and Entry of Judgement, Notice of Motion to Confirm Arbitration Award and for Entry of Judgement, Order and Judgment, Petition to Confirm Foreign Arbitral Award and Summons upon Toni Pelczar managing agent at Point Collection LLC located at 7 Sherwood Drive, Lakewood, New Jersey, 08701

7. The description of the recipient is as follows:

   a. Gender: Female

   b. Race: White

   c. Height: 5'3

   d. Weight: 145 lbs.

  e. Hair color: blonde hair

  f. Glasses: Yes

8. I completed service by delivering a true copy of the aforesaid documents personally; I knew said party so served to be the party described.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_ 6/12/25    _[signature]_ 6/12/25

Peter Cerruto

```
LISA CERRUTO
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50156739
MY COMMISSION EXPIRES MAR. 23, 2028
```