UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:                                    Docket No.:

       (Plaintiff)                                                     Judge:

      v.                                                                    **Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

      (Defendant)

Notice is hereby given that _____
                                                        (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other _____
                                                      (Specify)
of the United States District Court, District of New Jersey, entered in this action on
   10/29/2025
_____.
(Date)


Dated:                                                              _____
                                                                    Appellant

                                                                    _____
                                                                    Street

                                                                    _____
                                                                    City, State, Zip

                                                                    _____
                                                                    Telephone