

YOUNGZEAL LLP

9355 John W Elliot Dr

Ste 25555

Frisco, TX 75033

United States of America

+1 717-440-3382

info@yzlaw.com

YZLaw.com

November 25, 2025

Shaoyi Che
Partner
YOUNGZEAL LLP
T: +7174403382
che@yzlaw.com

**VIA ECF**
Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

**Re:**  **Shenzhen Goldely Garments Import and Export Inc. v. Point Collection, et al.**
**Case No. 25-cv-6313 (MAS) (RLS)**
**Request for Entry of Final Judgment**

Dear Judge Shipp,

    This firm is counsel for Petitioner in the above-referenced matter. On behalf of Petitioner, I respectfully write to remind the Court that a final judgment has not yet been entered in this action.

    Petitioner commenced this action by filing a Petition to Confirm Foreign Arbitral Award on May 30, 2025. (Dkt. 1) That same day, Petitioner filed a Motion to Confirm Arbitration Award and for Entry of Judgment. (Dkt. 4) On October 29, 2025, the Court issued a Memorandum Order granting the aforementioned motion. (Dkt. 12)

    Petitioner appreciates the Court's careful consideration of the motion. However, following the Court's ruling, no separate final judgment has been entered pursuant to the Court's decision, which Petitioner requires to proceed with enforcement. Petitioner respectfully submits that the final judgment should include the following relief:

1. Entry of a separate final judgment pursuant to Fed. R. Civ. P. 58;

2. Specification of the monetary relief awarded by the Shenzhen Court of International Arbitration ("SCIA"), including:

    a)    $207,496 in principal;

    b)    Pre-judgment interest at 5.175% per annum as awarded by the arbitrator, running from June 1, 2024 through October 29, 2025, in the amount of $15,150.76.

    c)    Post-judgment interest at 5.175% per annum as awarded by the arbitrator, from October 29, 2025, until the award is paid in full.

    d)    RMB 50,000 in attorneys' fees;

    e)    RMB 52,117 in reimbursable arbitration costs;

3. A determination regarding taxation of court costs.

To ensure a complete record and facilitate enforcement, Petitioner respectfully requests that the Court enter a separate final judgment consistent with the arbitration award attached to Petitioner's moving papers. A proposed form of judgment is submitted herewith for the Court's convenience.

Petitioner remains prepared to upload a revised form or provide any additional information the Court may require. We thank the Court for its attention to this matter and respectfully await the Court's entry of judgment.

Respectfully submitted,

By: *Shaoyi Che*

Shaoyi Che, Esq. (admitted *pro hac vice*)
Texas Bar #24139843
DC Bar #90017790
che@yzlaw.com
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382

*Attorneys for Petitioner Shenzhen Goldely Garments Import & Export Inc.*

2