IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHENZHEN GOLDELY GARMENTS IMPORT AND EXPORT INC.,**<br><br>*Petitioner*,<br><br>v.<br><br>**POINT COLLECTION LLC AND THE GALLERY COLLECTION LLC,**<br><br>*Respondent.* | Case No.: 25-6313 (MAS) (RLS) |

## **FINAL JUDGMENT**

By Memorandum Order dated October 29, 2025, the Court has granted Shenzhen Goldely Garments Import and Export Inc.'s motion to confirm the foreign arbitration award against Point Collection LLC and The Gallery Collection LLC ("Respondents") in SCIA Case No. (2024) Shen Guo Zhong She Wai Cai No. 9811. Pursuant to 9 U.S.C. § 207, the Court enters judgment in conformity with the arbitration award.

Accordingly, as provided by the arbitration award, the Court orders:

1. Goldely has judgment against Respondents, jointly and severally, in the amount of USD $207,496.00, representing the principal sum awarded by the

arbitrator.

2. Goldely has judgment against Respondents, jointly and severally, for interest on the above principal at the rate of 5.175% per annum, accruing from June 1, 2024, through the date of the Oct 29, 2025, Order confirming the award, in the amount of $15,150.76.

3. Goldely has judgment against Respondents, jointly and severally, for additional post-judgment interest on the above principal at the rate of 5.175% per annum, as awarded by the arbitrator, until this judgment is paid in full.

4. Goldely has judgment against Respondents, jointly and severally, in the amount of RMB 50,000 as reimbursement for attorneys' fees awarded by the arbitrator.

5. Goldely has judgment against Respondents, jointly and severally, in the amount of RMB 52,117 as reimbursement for arbitration costs awarded by the arbitrator.

All relief not expressly granted is denied. This is a final judgment.

Signed December ___, 2025

_____
Honorable Michael A. Shipp
United States District Judge